UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL ZIMMERMAN,

    Plaintiff,

v.                              Case No. 8:20-cv-948-CPT

B PLUS E, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

**O R D E R**

Before the Court is the parties' *Joint Notice of Resolution*. (Doc. 88). In light of this notice, it is hereby ORDERED:

1. Pursuant to Local Rule 3.09(b), this action is dismissed subject to the right of either party within sixty days of the date of this Order to move to re-open the case for entry of a stipulated final order or a judgment or, upon good cause shown, for further proceedings. After that sixty-day period, the dismissal of this action shall be with prejudice.

2. The Clerk of Court is directed to terminate any pending motions and deadlines and to close the case.

DONE and ORDERED in Tampa, Florida, this 30th day of June 2021.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record